# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2006

128715 (28)
128283 (46)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN R. JACOBS,
        Plaintiff-Appellee,
v

TECHNIDISC, INC., and PRODUCER'S
COLOR SERVICES, INC.,
        Defendants-Appellees,
and

MICHIGAN MUTUAL INSURANCE
COMPANY n/k/a AMERISURE MUTUAL
INSURANCE COMPANY,
        Intervenor-Appellant.
_____/

SC: 128715
COA: 258271
Oakland CC:  91-405664-NO

MARCIA VAN TIL,
        Plaintiff-Appellant,
v

ENVIRONMENTAL RESOURCES
MANAGEMENT, INC.,
        Defendant-Appellee.
_____/

SC: 128283
COA: 250539
Ottawa CC: 02-042717-NO

      On November 3, 2005, we granted leave to appeal in these cases and ordered that they be argued and submitted to the Court together.  474 Mich 913, 914 (2005).  The Director of the Workers' Compensation Agency has now filed motions to intervene, to file a brief, and for oral argument.  By order of the Court, the motions are treated as motions to participate as amicus curiae, and they are GRANTED.  The Director is invited to file a brief amicus curiae and to present a fifteen minute oral argument at the conclusion of the oral arguments of the parties in these cases.

      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2006

t0328

_____
Clerk